IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

DONALD EDWARD HAVENS                          PLAINTIFF

v.                      No. 3:15-cv-384-DPM

JIMMY GAZAWAY, Prosecuting Attorney,
Poinsett County                                        DEFENDANT

## ORDER

Motion, № 4, denied as moot. Joe Hughes isn't a party to this lawsuit.

So Ordered.

                                          _____
                                          D.P. Marshall Jr.
                                          United States District Judge

                                          16 December 2015