IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

**DONALD HAVENS**  PLAINTIFF

v.  No. 3:15-cv-384-DPM

**JIMMY GAZAWAY,**
**Prosecuting Attorney, Poinsett County**  DEFENDANT

ORDER

Havens brings this § 1983 action alleging that Prosecuting Attorney Jimmy Gazaway committed perjury by inaccurately describing Havens as a flight risk during a bond hearing. № 2 at 4. But prosecutors enjoy absolute immunity from civil liability under § 1983 when they're performing prosecutorial functions "intimately associated with the judicial process." *Anderson v. Larson*, 327 F.3d 762, 768 (8th Cir. 2003). Gazaway thus has immunity; and Havens's complaint will be dismissed without prejudice for failure to state a claim.

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

4 March 2016