IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

DONALD HAVENS                                                                      PLAINTIFF

v.                              No. 3:15-cv-384-DPM

JIMMY GAZAWAY,
Prosecuting Attorney, Poinsett County                              DEFENDANT

JUDGMENT

Havens's complaint is dismissed without prejudice.


_____
D.P. Marshall Jr.
United States District Judge

4 March 2016